BUTTS COUNTY *v.* BLOODWORTH, solicitor-general.

ATKINSON, J. Whether or not upon the collection of a fine by the solicitor-general the rule set out a sufficient case on its face requiring him to pay to the county an amount previously paid by it as fees to a non-resident witness, the proceeding was prematurely brought before the close of the fall term of court. Penal Code, § 798 (7).

*Judgment affirmed.*    *All the Justices concur.*

Submitted July 18,—Decided December 14, 1906.

Rule. Before Judge Reagan. Butts superior court. September 8, 1905.

*O. M. Duke,* for plaintiff.    *O. H. B. Bloodworth,* for defendant.